Sheehan & Associates, P.C.    60 Cuttermill Rd Ste 409
                              Great Neck NY 11021

Spencer Sheehan               T (516) 268-7080
spencer@spencersheehan.com    F (516) 234-7800

March 29, 2022

Steven A. Zalesin
Jane Metcalf
sazalesin@pbwt.com
jmetcalf@pbwt.com

Re:   7:21-cv-08788
      Hawkins v. The Coca-Cola Company

Dear Counsel:

    This office, with co-counsel, represents the Plaintiff. On March 22, 2022, Defendant filed a pre-motion letter indicating its intention to seek dismissal of the Complaint ("Compl."). ECF Nos. 1, 10 ("Def. Ltr.").

    In accordance with this Court's Individual Rules, Plaintiff is required to respond within seven days, by today, and notify opposing counsel whether it will oppose the pending motion or amend the pleading.

    Plaintiff will file an amended complaint on or before April 12, 2022, in accordance with Fed. R. Civ. P. 15(a)(1)(B). Thank you.

Respectfully submitted,

/s/Spencer Sheehan

## Certificate of Service

I certify that on March 29, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan