**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JANIE HAWKINS, individually and on
behalf of all others similarly situated,

                    Plaintiff,

    -against-                                    21 **CIVIL** 8788 (KMK)

                                                                              **<u>JUDGMENT</u>**

THE COCA-COLA COMPANY,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 8, 2023, Defendant's motion is granted. The Court has dismissed Plaintiff's Amended Complaint with prejudice and judgment is entered for Defendant; accordingly, the case is closed.

**Dated:**  New York, New York

       February 8, 2023

                                                                            **RUBY J. KRAJICK**

                                                                             _____
                                                                               **Clerk of Court**

                                        **BY:**      *K. Mango*

                                                                               _____
                                                                               **Deputy Clerk**